# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America<br>Plaintiff<br><br><br><br>Juan Espinoza Martinez<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 25 CR 637<br><br>Judge: Maria Valdez |

## ORDER

Initial appearance held on 10/7/25 as to defendant Juan Espinoza Martinez. Michael Maione appeared on behalf of the Government. Jasmine Johnson was appointed to represent the defendant. Alyssia Flores appeared on behalf of the Pretrial Services Department. Spanish-speaking Interpreter was present in court. The defendant appears in response to the arrest on 10/6/25. The Government advised the defendant of the charges pending against him and the maximum penalties. The defendant was advised of his rights. The Government seeks to detain the defendant based on being a risk of non-appearance and a danger to the community. Defense counsel opposed defendant's detention status, but the Government's proffer as to the basis of the oral motion stands. Detention and status hearing is set for 10/10/25 at 11:00 a.m. in Courtroom 1743. The defendant does not request consular notification. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. The Government's oral motion to unseal the case is granted. The defendant is to remain in U.S. Marshal custody.

(T:00:15)

Date: October 7, 2025

Magistrate Judge Maria Valdez