**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 25 CR 637 |
| v. | ) | |
| | ) | Hon. Maria Valdez |
| JUAN ESPINOZA MARTINEZ, | ) | |
| *Defendant*. | ) | |

## Motion to Withdraw

The undersigned respectfully moves for leave to withdraw her appearance on behalf of Defendant Juan Espinoza Martinez. Attorney Jonathan Bedi has filed his appearance to represent Mr. Martinez. ECF No. 7. Accordingly, the Federal Defender Program requests that the Court grant leave to withdraw.

Dated: October 9, 2025

    Respectfully submitted,

    **Federal Defender Program**
    John F. Murphy, Executive Director

    By: /s/ Jasmine J. Johnson
        55 E. Monroe Street, Suite 2800
        Chicago, Illinois 60603

## Certificate of Service

I certify that on October 9, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

BY:  /s/ Jasmine J. Johnson
     Jasmine J. Johnson
     Federal Defender Program
     55 East Monroe Street, Suite 2800
     Chicago, IL 60603
     (312) 621-8348