LM

FILED
10/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 25 CR 637 |
| v. | Violation: Title 18, United States Code, Section 1958(a) |
| JUAN ESPINOZA MARTINEZ | |

The SPECIAL MAY 2024 GRAND JURY charges:

Beginning on or about October 3, 2025, and continuing through on or about October 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JUAN ESPINOZA MARTINEZ,

defendant herein, knowingly used a facility of interstate commerce, namely, an Apple Model 16 cellular telephone assigned telephone number (312) ***-7040 and bearing serial number K72KXYP705, and Snapchat, with intent that a murder be committed, in violation of the laws of the State of Illinois and the United States, namely, the murder of Victim A, which murder was to be committed as consideration for the receipt of, or as consideration for a promise or agreement to pay, anything of pecuniary value;

In violation of Title 18, United States Code, Sections 1958(a) and 2.


A TRUE BILL:


_____

FOREPERSON


_____

Signed by Andrew C. Erskine on behalf of the
UNITED STATES ATTORNEY