**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America<br>Plaintiff | )<br>)<br>)<br>)<br>) | Case No: 25 CR 637<br><br>Judge: Maria Valdez |
| Juan Espinoza Martinez<br>Defendant | )<br>) | |

**ORDER**

Detention hearing held on 10/10/25 as to defendant Juan Espinoza Martinez. Michael Maione was present on behalf of the Government. Jonathan Bedi was present on behalf of the defendant. Danaysy Diaz was present on behalf of the Pretrial Services Department. The defendant waived his right to a bond determination hearing without prejudice. Preliminary examination hearing is set for 10/15/25 at 11:30 a.m. in Courtroom 1041. The Defendant is to remain in U.S. Marshal custody.

(T:00:10)

Date: October 10, 2025

_____
Magistrate Judge Maria Valdez