## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Juan Martinez    Case Number: 25 CR 637

An appearance is hereby filed by the undersigned as attorney for:

Juan Martinez

Attorney name (type or print): Jonathan S. Bedi

Firm: Bedi & Singer, LLP

Street address: 53 West Jackson Blvd., Suite 1101

City/State/Zip: Chicago/ IL/ 60604

Bar ID Number: 6289029
(See item 3 in instructions)

Telephone Number: 312 525 2017

Email Address: jbedi@bedisinger.com

**FILED**
OCT 10 2025
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/7/25

Attorney signature: S/ Jonathan S. Bedi
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023