## In the United States District Court
## for the Northern District of Illinois

| | |
|---|---|
| United States of America,<br>Plaintiff, | Case number  25 CR 637 |
| v. | Judge  Maria Valdez |
| Juan Martinez<br>Defendant. | |

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Juan Martinez

**Under seal?** ■ Yes ☐ No

**Defendant number** 1

**Representation type** CC

**Type of person represented** Adult

**Court order** Subs for Federal Defender

**Payment category** Felony

**Name of Prior Attorney** Jasmine J. Johnson

**Name of appointed attorney** Jonathan S. Bedi

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**
Emily Komp $100
Courtney Knippen $100

_____ 10/10/25
**Signature of Presiding Judge or by Order of the Court**        **Date**

**Nunc Pro Tunc Date:** 10/7/25        or ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?** ■ Yes ☐ No
**Prior authorization approved?** ■ Yes ☐ No ☐ Not applicable

_____        _____
**Signature of Presiding Judge or by Order of the Court**        **Date**

**Nunc Pro Tunc Date:** 10/7/25        or ☐ None

Rev. 2212019