UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 25CR00637 |
| | ) | Judge Heather McShain |
| JUAN ESPINOZA MARTINEZ | ) | |
| | ) | |

## SUPPLEMENT TO THE DEFENDANT'S MOTION FOR PRETRIAL RELEASE FROM CUSTODY

Now comes the Defendant, JUAN ESPINOZA MARTINEZ, by and through his attorney, Bedi & Singer, LLP, and respectfully submits the following supplement to his release motion. In support of this motion, Defendant states the following:

1. Despite conducting extensive aerial surveillance of Mr. Martinez, literally following him with a helicopter, the government's surveillance produced nothing. No photographs of gang signs. No images of drug sales. No evidence of any violent or dangerous activity. (Exhibit #1)

2. However, as part of the government's extensive surveillance into Martinez's activities in October 2025, they learned that he took his son to his son's soccer games. (Exhibit #2)

WHEREFORE, Ms. Espinoza Martinez prays that this Court grant him release and impose any conditions the Court believes would be necessary.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Dena M. Singer

1

                                          Bedi & Singer, LLP
                                          53 West Jackson #1101
                                          Chicago, IL 60604
                                          (312) 525 2017
                                          dsinger@bedisinger.com
                                          jbedi@bedisinger.com
                                          **Attorney for Defendant**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

By: <u>s/ Jonathan S. Bedi</u>
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson Blvd, Suite 1101
Chicago, IL 60604
Phone: (312) 525-2017
jbedi@bedisinger.com
**Attorney for Defendant**