United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

# REPORT OF INVESTIGATION

At approximately 10:00AM, after searching the alley and nearby streets, the Ford F-150 was observed parking at the corner of the 2600 block of South Drake.  The vehicle had traveled south on Drake Avenue from 2444 towards 2462.  At approximately 10:25 AM, ESPINOZA was observed walking down the sidewalk back towards the truck with his son, who was dressed for a soccer game. ESPINOZA was observed driving away with his son and was observed driving towards a nearby soccer field by agents.

After confirming the residence and locating his vehicle surveillance was terminated at approximately 11:00AM.



8. Date: 10/04/2025

- For Official Use Only