UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 25CR00637 |
| JUAN ESPINOZA MARTINEZ, | |
| Defendant. | |

### DEFENDANT'S PROPOSED VOIR DIRE

Now comes the Defendant, Juan Espinoza Martinez, by and through his attorney, Bedi & Singer, LLP, and proposes the following *voir dire* questions:

1. Are you currently employed?
   a. Do you supervise other people in your employment?
   b. If yes, how many? Describe your responsibilities.
2. If you were the defense or the government, would you want someone with your mindset on the jury?
3. Is there anything about the nature of the case that makes you unable to be fair and impartial?
4. Do you belong to any groups or organizations?
5. How do you get your news?
   a. Not just internet or print, but what news organizations do you get your news from?

1

6. Do you have a family member or close friend who is a lawyer who practices criminal law either as a prosecutor or defense attorney?
    a. If so, what is the nature of the relationship, and does anything about the relationship prevent you from being a fair and impartial juror?
7. Have you, your family members, or close friends ever worked in law enforcement or security-related jobs, or applied to law enforcement or security-related jobs?
    a. If so, who? What is their relationship to you?
    b. Would anything about that prevent you from being a fair and impartial juror?
8. Do you have an opinion about this case as you sit here that would prevent you from being fair and impartial?
9. A person accused of a crime is presumed innocent unless and until the government proves guilt beyond a reasonable doubt. Do you have any difficulty following this rule of law?
10. The defendant in this case has a constitutional right not to testify, and you may not hold that decision against them. Would you have a hard time finding someone not guilty if they chose not to testify?
11. Do you believe that just because Mr. Espinoza Martinez was arrested and charged with a crime, he is probably guilty of something?
12. Have you seen, read, or heard anything about this case in the news or on social media?

13. Has anyone heard anything about this case or read anything about this case before coming into the courtroom?

    a. If yes, how frequently have you encountered coverage of this case?

    b. If yes, when was the last time you saw coverage about this case?

    c. If yes, based on what you've heard or read about this case, have you formed any opinions about: The defendant's guilt or innocence? The circumstances surrounding the alleged crime? Any of the key figures involved in this case?

    d. Have you discussed this case with friends, family members, or colleagues? If yes, what opinions did you or others express during these conversations?

    e. Have you followed any social media discussions, hashtags, or online forums related to this case?

    f. Have you seen any interviews with witnesses, family members of the alleged victim, or the defendant in this case?

    g. Can you set aside anything you may have heard or read about this case and base your verdict solely on the evidence presented in court?

    h. Understanding that media reports may contain information that is inadmissible in court, could you disregard such details during the trial and throughout your deliberations?

    i. If your decision based on court evidence contradicts what was reported in the media, would you be comfortable concluding differently from public opinion?

**WHEREFORE,** Mr. Martinez respectfully requests the Court inquire of the prospective jurors the above questions.

                                                 Respectfully submitted,

                                                 s/ Jonathan S. Bedi
                                                 Jonathan S. Bedi
                                                 Dena M. Singer
                                                 Bedi & Singer, LLP
                                                 53 West Jackson Blvd
                                                 Chicago, IL 60604
                                                 Phone: (312) 525-2017
                                                 jbedi@bedisinger.com
                                                 dsinger@bedisinger.com
                                                 **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

>By: s/ Jonathan S. Bedi
>Jonathan S. Bedi
>Bedi & Singer, LLP
>53 West Jackson Blvd, Suite 1101
>Chicago, IL 60604
>Phone: (312) 525-2017
>jbedi@bedisinger.com
>**Attorney for Defendant**