UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 25 CR 637 |
| v. | |
| JUAN ESPINOZA MARTINEZ | Judge Joan H. Lefkow |

### GOVERNMENT'S EXHIBIT LIST

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully submits its exhibit list and seeks leave to supplement, re-order, or re-number this exhibit list, as may be warranted by the presentation of evidence during its case-in-chief and any rebuttal case.

| Exhibit No. | Description |
|---|---|
| GX 101 | Recorded Interview of Espinoza Martinez |
| GX 201 | Screenshot of Snapchat Message from Espinoza Martinez to SOI-1 |
| GX 202 | Screenshot of Espinoza Martinez Snapchat Profile |
| GX 203 | Screenshot of SOI-1's Contact Profile for Espinoza Martinez |
| GX 301 | Screenshot of Espinoza Martinez Conversation with Individual A |
| GX 302 | Screenshot of Espinoza Martinez Conversation with Individual B |
| GX 303 | Screenshot of Espinoza Martinez Conversation with Individual A |
| GX 304 | Photographs of Firearms |
| GX 401 | Espinoza Martinez Snapchat Conversation with Individual C |
| GX 402 | Espinoza Martinez Snapchat Conversation with Individual D |
| GX 403 | Espinoza Martinez Snapchat Conversation with Individual E |
| GX 404 | Espinoza Martinez Snapchat Conversation with Individual F |

| Exhibit No. | Description |
|---|---|
| GX 405 | Espinoza Martinez Snapchat Conversation with Individual G |
| GX 406 | Espinoza Martinez Snapchat Conversations with Multiple Users |
| GX 501 | Apple Model 16 Cellular Telephone, Assigned Telephone Number (312) XXX-7040 and Bearing Serial Number K72KXYP705 |
| GX 501A-C | Photographs of GX 501 |
| GX 502 | Consent to Search Form Signed by Espinoza Martinez |

        Respectfully submitted,

        ANDREW S. BOUTROS
        United States Attorney

By:    */s/ Minje Shin*
        JASON YONAN
        MINJE SHIN
        Assistant United States Attorneys
        219 South Dearborn Street, 5th Floor
        Chicago, IL 60604
        (312) 353-5300