UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN ESPINOZA MARTINEZ | No. 25 CR 637<br><br>Judge Joan H. Lefkow |

**PARTIES' AGREED PROPOSED STATEMENT OF THE CASE**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and defendant JUAN ESPINOZA MARTINEZ, by his attorneys, submit the following agreed proposed statement of the case for the trial set to begin on January 20, 2026.

The defendant, Juan Espinoza Martinez, is charged with committing acts in furtherance of a murder for hire plot against Gregory Bovino. Mr. Espinoza Martinez has pleaded not guilty.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   /s/ Minje Shin
JASON YONAN
MINJE SHIN
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 353-5300