# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                       Case No.: 1:25−cr−00637

                                                    Honorable Joan H. Lefkow

Juan Espinoza Martinez

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2026:

    MINUTE entry before the Honorable Joan H. Lefkow as to Juan Espinoza Martinez: Pretrial conference held. The trial remains set to begin on 1/20/2026 at 9:30 a.m. in courtroom 1719. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.