# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                                     Plaintiff,

v.                                            Case No.: 1:25–cr–00637
                                                Honorable Joan H. Lefkow

Juan Espinoza Martinez

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2026:

         MINUTE entry before the Honorable Joan H. Lefkow as to Juan Espinoza Martinez: Defendant's motion to bar referring to SOI as a victim ([88]–1) is granted. The government's motion to allow the SOI to testify without disclosing his full name [85] is denied; defendant's motion to require disclosure of the full name of the SOI (88–2) is granted. The government cites Globe Newspaper Co. v. Superior Court for Norfolk Cnty, 475 U.S. 596 (1982), for the principle that the public's access to criminal trials is not absolute. But the government must show a "compelling governmental interest" in denying (in this case, limiting) access. Id. at 607. The existence of a social media post that the SOI interprets as threatening is insufficient to overcome the prejudice that would result to defendant from (a) impairing voir dire of the jury panel and (b) implying to the petit jury that the SOI is in danger from the defendant or his associates. The government does not represent that it has requested law enforcement to investigate the reported threat. If the government seriously considers the SOI to be in danger, it has a duty and the means to protect such a witness through security measures provided through the Marshals Service. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.