UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JUAN ESPINOZA MARTINEZ

No. 25 CR 637

Judge Joan H. Lefkow

**GOVERNMENT'S AMENDED EXHIBIT LIST**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully submits its amended exhibit list and seeks leave to supplement, re-order, or re-number this exhibit list, as may be warranted by the presentation of evidence during its case-in-chief and any rebuttal case.

| Exhibit No. | Description |
|---|---|
| GX 101 | Recorded Interview of Espinoza Martinez |
| GX 101-1 | Clip 1 (START-10:29) (Int. 1) |
| GX 101-1 TR | Transcript of GX 101-1 |
| GX 101-2 | Clip 2 (11:20-1:15:25) (Int. 1) |
| GX 101-2 TR | Transcript of GX 101-2 |
| GX 101-3 | Clip 3 (START-4:00) (Int. 2) |
| GX 101-3 TR | Transcript of GX 101-3 |
| GX 101-4 | Clip 4 (5:47-7:06) (Int. 2) |
| GX 101-4 TR | Transcript of GX 101-4 |
| GX 101-5 | Clip 5 (14:45-21:15) (Int. 2) |
| GX 101-5 TR | Transcript of GX 101-5 |
| GX 101-6 | Clip 6 (22:10-22:35) (Int. 2) |
| GX 101-6 TR | Transcript of GX 101-6 |

| Exhibit No. | Description |
|---|---|
| GX 201 | Screenshot of Snapchat Message from Espinoza Martinez to SOI-1 |
| GX 201-T | Exhibit 201 Containing Spanish-English Translations |
| GX 202 | Screenshot of Espinoza Martinez Snapchat Profile |
| GX 203 | Screenshot of SOI-1's Contact Card for Espinoza Martinez |
| GX 204 | Screenshot of Snapchat Message from Espinoza Martinez to SOI-1 |
| GX 204-T | Exhibit 204 Containing Spanish-English Translations |
| GX 205 | Screenshot of Snapchat Message from Espinoza Martinez to SOI-1 |
| GX 301 | Screenshot of Espinoza Martinez Conversation with "Cody" |
| GX 302 | Screenshot of Espinoza Martinez Conversation with "Bby Spooks D27" |
| GX 303 | Screenshot of Espinoza Martinez Conversation with "Cody" |
| GX 402 | Espinoza Martinez Snapchat Conversation with "o_espinozal2" |
| GX 402-T | Exhibit 402 Containing Spanish-English Translations |
| GX 404 | Espinoza Martinez Snapchat Conversation with "bibi_flores25" |
| GX 404-T | Exhibit 404 containing Spanish-English Translations |
| GX 405 | Espinoza Martinez Snapchat Conversation with "bae2c4" |
| GX 405-T | Exhibit 405 containing Spanish-English Translations |
| GX 501 | Apple Model 16 Cellular Telephone, Assigned Telephone Number (312) XXX-7040 and Bearing Serial Number K72KXYP705 |
| GX 501A-C | Photographs of GX 501 |
| GX 502 | Consent to Search Form signed by Espinoza Martinez |
| GX 601 | Facebook messages with "Bibi Serrato" |
| GX 601-T | Exhibit 601 containing Spanish-English Translations |
| GX 603 | Text messages with "ivan adjustable" |
| GX 604 | Text messages with "Bullet" |
| GX 604-T | Exhibit 604 containing Spanish-English Translations |
| GX 605 | Text messages with "Rosa Rodriguez" |
| GX 605-T | Exhibit 605 containing Spanish-English Translations |
| GX 607 | Text messages with "chuy MSP" |

| Exhibit No. | Description |
|---|---|
| GX 607-T | Exhibit 607 containing Spanish-English Translations |
| GX 608 | Text messages with "cody adjustable plug" |
| GX 608-T | Exhibit 608 containing Spanish-English Translations |
| GX 609 | Text messages with "I-Spy" |
| GX 609-T | Exhibit 609 containing Spanish-English Translations |
| GX 701 | Overhead Map |

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: *<u>/s/ Minje Shin</u>*
JASON YONAN
MINJE SHIN
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 353-5300

Date: January 15, 2026