IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
1/22/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| USA, | ) |
|     Plaintiff. | ) |
| | ) |
| v. | ) Case No. 25 CR 637 |
| | ) |
| Juan Espinoza Martinez, | ) Judge Joan H. Lefkow |
| | ) |
|     Defendant. | ) |
| | ) |

# JURY NOTE

We have reached a verdict.

1-22-26
3:44p
Ed Gamble (CSO)