**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

United States of America,

Plaintiff,

v.

Juan Espinoza Martinez,

Defendant.

Case No. 25 CR 637
Judge Joan H. Lefkow

**<u>ORDER</u>**

Jury trial held.  Verdict reached of "not guilty".  Defendant is acquitted of all charges related to this case and shall be released as soon as practical after processing.

Date: 1/22/2026

Joan H. Lefkow
U.S. District Judge