AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT  OF  ILLINOIS

UNITED STATES OF AMERICA

V.

JUAN ESPINOZA MARTINEZ

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   25 CR 637

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Joan N. Lefkow_
Signature of Judge

Joan H. Lefkow, U.S. District Judge
Name and Title of Judge

1/22/2026
Date